RECEIVED
WILLIAM T. WALSH, CLERK
2004 MAR 12  P 4: 55

Name of Court:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Title of Action:

Andrew Policastro, Pro Se
Plaintiff

-vs.-

Dr. Theodora P. Kontogiannis, Principal
Tenafly High School
and
Tenafly Board of Education
Defendants

Civil Action No. 04- 1219(JAP)

## PARTIES

Andrew Policastro
59 Day Avenue
Tenafly, NJ 07670

Dr. Theodora P. Kontogiannis, Principal
Tenafly High School
19 Columbus Drive
Tenafly, NJ 07670

Tenafly Board of Education
500 Tenafly Road
Tenafly, NJ 07670

## JURISDICTION

1. Jurisdiction founded on the existence of a federal question under Section 1331 of Title 28 of the United States Code. The action arises under the First Amendment to the Constitution of the United States.
2. Jurisdiction founded on the existence of a civil action for deprivation of rights under Section 1983 of Title 42 of the United States Code. The action arises under the First Amendment to the Constitution of the United States.
3. This court has original jurisdiction under section 1331 of Title 28 and section 1983 of Title 42 of the United States Code.
4. Jurisdiction under the First Amendment to the Constitution of the United States.
5. All parties in this case reside in Bergen County, part of this District. All events occurred in Bergen County, part of this District.

RECEIVED
WILLIAM T. WALSH, CLERK

2004 MAR 12 P 4: 55

## CAUSE OF ACTION

6. During the morning of March 13, 2002, a memo(Questions for the Tenafly Negotiation Team), signed by thirteen teachers, was placed in the teachers' mailboxes and was removed by, or under the authority of, Dr. Kontogiannis, Principal of Tenafly High School.
7. The memo was again placed back in the mailboxes and was again removed by, or under the authority of, Dr. Kontogiannis. The mailroom was then locked for the rest of the school day.
8. March 13, 2002 was ratification day for the teachers' contract. The ratification vote occurred after school in the Tenafly High School auditorium.
9. As one of the teachers' who signed the memo it is my belief that my First Amendment rights were violated.
10. The teacher mailboxes at Tenafly High School are used for personal messages, holiday cards, birthday cards, gifts, fliers from local merchants, memos from teachers, notes from teachers, notes from parents, notes from students, U.S. mail, union information and administrative concerns.

## DEMAND

11. Any administrative manual for teachers, teacher manual, teacher contract, school policy, board policy or administrative directive that requires administrative permission, prior approval or acknowledgement of items placed in the mailboxes by a Tenafly public school teacher(s) be deemed unconstitutional, as those mailboxes are otherwise available to teachers for their personal messages.
12. Any section of an administrative manual for teachers, teacher manual, teacher contract, school policy, board policy or administrative directive that requires administrative permission, prior approval or acknowledgement of items placed in the mailboxes by a Tenafly public school teacher(s)be removed from respective documents or directive, as those mailboxes are otherwise available to teachers for their personal messages.
13. The removal of memos(Tenafly public school teacher to Tenafly public school teacher) or the removal of any form of communication(Tenafly public school teacher to Tenafly public school teacher) from teachers' mailboxes be deemed unconstitutional, as those mailboxes are otherwise available to teachers for their personal messages.
14. All internal and external emails(Tenafly public school teacher to Tenafly public school teacher) be allowed, as the internal school email system is otherwise available to teachers for their personal messages.
15. Teachers employed in the Tenafly public schools be allowed the use of school media facilities in the Tenafly public schools, as those media facilities are otherwise available to teachers for their personal messages.

*Andrew Policastro*
Andrew Policastro